UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cv-156

| | |
|---|---|
| PERRY LEWIS BARBER,<br>　　　Appellant,<br><br>v.<br><br>WARREN L. TADLOCK,<br>　　　Trustee. | ORDER |

**THIS MATTER** is before the Court sua sponte.

Appellant Perry Barber appealed the dismissal of his case by the Bankruptcy Court in the Western District of North Carolina. The Bankruptcy Clerk subsequently notified the Court that Appellant had failed to file the designation of items to be included on the record on appeal and statement of issues to be presented as required by Federal Rule of Bankruptcy Procedure 8006. (Doc. No. 2). On August 19, 2009, the Court ordered Appellant to show cause on or before September 1, 2009 as to why his appeal should not be dismissed. (Doc. No. 3). The Appellant was warned that failure to make a timely response would result in dismissal of his appeal.

Appellant failed to show cause on or before September 1, 2009.

**IT IS, THEREFORE, ORDERED** that Appellant's appeal is **DISMISSED**.

Signed: September 14, 2009

Robert J. Conrad, Jr.
Chief United States District Judge